## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ. 2462                                           Purchased/Filed: March 11, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

*Trustees of the Structural Steel and Bridge Painters of Greater New York Employee Trust Funds and Trustees of The District Council 9 Painting Industry Insurance and Annuity Funds*    Plaintiff

against

*Aussie Painting Corp.*    Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____March 17, 2008____, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1, and Complaint on

_____Aussie Painting Corp._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__    Approx. Wt: __200__    Approx. Ht: __6'0"__  
Color of skin: __White__    Hair color: __Brown__    Sex: __M__    Other: _____

Sworn to before me on this  
__19th__ day of ____March, 2008____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898670, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0802669

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179