# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

5 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

May 21, 2008

*[Handwritten memo endorsement: Conference is adjourned to June 27, 2008 at [time]. Charles L. Brieant]*

VIA FACSIMILE
(914) 390-4085
Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Trustees of the Structural Steel and Bridge Painters, et al. v. Aussie Painting Corp., Index No.: 08-CIV-2462 (CLB)
Court Conference Date – Friday, May 23, 2008 @ 9:30 a.m.

Dear Honorable Judge Brieant:

This firm is counsel to the plaintiffs in connection with the above matter. Reference is made to the pre-trial conference scheduled for Friday, May 23, 2008 at 9:30 a.m.

This matter involves benefit fund contributions owed pursuant to a Collective Bargaining Agreement. The defendant has made partial payment and promises to pay off the remaining balance in the next few weeks.

Accordingly, we respectfully request that the conference be adjourned to a date in late June 2008.

Thank you for your assistance and courtesies.

Very truly yours,

Dawn Stefanik
Paralegal

cc: Aussie Painting Corp.