

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE STRUCTURAL STEEL AND ) 
BRIDGE PAINTERS OF GREATER NEW YORK )
EMPLOYEE TRUST FUNDS AND TRUSTEES OF ) Index No.: 08-CIV-2462
THE DISTRICT COUNCIL 9 PAINTING INDUSTRY )
INSURANCE AND ANNUITY FUNDS, )
) REQUEST FOR ENTRY OF
) DEFAULT JUDGMENT
Plaintiffs, )
)
-against- )
)
)
AUSSIE PAINTING CORP., )
)
Defendant. )

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Aussie Painting Corp. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Structural Steel and Bridge Painters of Greater New York Employee Trust Funds and Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, Aussie Painting Corp. in the sum of $4,530.00, which includes attorney's fees, court costs and disbursements.

Dated:  Elmsford, New York
        July 30, 2008

Dana L. Henke, Esq. (DLH3025)
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515