UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS AND TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | Index No.: 08-CIV-2462 |
| Plaintiffs, | DEFAULT JUDGMENT |
| -against- | |
| AUSSIE PAINTING CORP., | |
| Defendant. | |

---

This action having been commenced on March 11, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Aussie Painting Corp. on March 17, 2008 via Secretary of State and having been filed with the Clerk of the Court on March 25, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiffs have judgment against defendant in the liquidated amount of Four Thousand Five Hundred and Thirty Dollars ($4,530.00) which includes the following: Benefit Fund Contributions due and owing in the sum of $2,300.00 for the period June 1, 2003 through to and including September 30, 2003, attorneys' fees in the sum of $1,800.00, plus court costs and disbursements of this action in the sum of $430.00.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
August 4, 2008

So Ordered:

*Cathy Seibel*
_____, U.S.D.J.